UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANDY BLANKENSHIP,

     Plaintiff,

vs                                                          Case No. 17-13092
                                                            HON. BERNARD A. FRIEDMAN
                                                            MAG. ANTHONY P. PATTI

MONTEREY FINANCIAL
SERVICES, ET AL.,

     Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action against Defendant Equifax Information Services, LLC, ONLY, with prejudice and without costs to either party.

Respectfully submitted

November 7, 2017                          /s/ Gary Nitzkin_____
                                          GARY D. NITZKIN (P41155)
                                          Attorney for Plaintiff
                                          22142 West Nine Mile Road
                                          Southfield, MI 48033
                                          (248) 353-2882
                                          gary@crlam.com