UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANDY BLANKENSHIP
    Plaintiff,

v.

    Case No. 2:17-cv-13092-MAG APP
    Hon. Mark A. Goldsmith

MONTEREY FINANCIAL
SERVICES, INC. d/b/a MONTEREY
COLLECTION SERVICES, a
California corporation; TRANS
UNION, LLC, a Delaware company;
and EQUIFAX INFORMATION
SERVICES, LLC, a Georgia company;
    Defendants.
_____

### STIPULATION TO DISMISS CASE AGAINST DEFENDANT TRANS UNION, LLC, ONLY WITH PREJUDICE AND WITHOUT FEES OR COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Trans Union, LLC, only, with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| _/s/ Gary D. Nitzkin_____ | /s/ William M. Huse, Esq. w/consent |
| Gary D. Nitzkin (P41155) | William M. Huse, Esq. (IN #27803-53) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 4545 Northwestern Dr. |
| Southfield, Michigan 48034 | Zionsville, IN 46077 |
| (248) 353-2882 | (317) 363-2400 |
| gary@crlam.com | whuse@schuckitlaw.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANDY BLANKENSHIP
    Plaintiff,

v.

Case No. 2:17-cv-13092-MAG APP
Hon. Mark A. Goldsmith

MONTEREY FINANCIAL
SERVICES, INC. d/b/a MONTEREY
COLLECTION SERVICES, a
California corporation; TRANS
UNION, LLC, a Delaware company;
and EQUIFAX INFORMATION
SERVICES, LLC, a Georgia company;
    Defendants.
_____

### ORDER OF DISMISSAL
### WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO
### DEFENDANT TRANS UNION, LLC, ONLY

    The Court, having reviewed the parties' stipulation, and finding good cause shown;

    **IT IS HEREBY ORDERED** that the within action against Defendant Trans Union, LLC, only, is hereby dismissed with prejudice and without fees or costs to

either party. The Clerk of the Court shall terminate Defendant Trans Union, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: December 8, 2017                  s/ Bernard A. Friedman_____
                                                       United States District Judge