UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANDY BLANKENSHIP,

    Plaintiff,                                                   Civil Action No. 17-CV-13092

vs.                                                               HON. BERNARD A. FRIEDMAN

MONTEREY FINANCIAL SERVICES, INC.,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO CANCEL THE JULY 10 SETTLEMENT CONFERENCE AND DENYING AS MOOT PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT

        This matter is presently before the Court on defendant's motion [docket entry 41] to cancel the settlement conference that had been scheduled for July 10. Defendant indicates that the parties have resolved this matter and that plaintiff consents to canceling the settlement conference. Accordingly,

        IT IS ORDERED that defendant's motion to cancel the July 10 settlement conference is granted.

        IT IS FURTHER ORDERED that plaintiff's motion to enforce the settlement agreement [docket entry 35] is denied as moot.

                                               s/Bernard A. Friedman
Dated: July 8, 2019                   BERNARD A. FRIEDMAN
     Detroit, Michigan           SENIOR UNITED STATES DISTRICT JUDGE